■ HARRY RUDERMAN et al. v. HERMAN REICH INC. et al.— Motion for stay granted and the stay contained in the order to show cause, dated Feb-

ruary 9, 1960, is continued on condition that appellant perfects the appeal herein for argument or submission on March 1, 1960. Concur — Botein, P. J., Breitel, McNally, Stevens and Bastow, JJ.